UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANDRE GUYTON, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | Case No. CV412-241 |
| | ) | CR410-093 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Movant, an inmate at the Federal Correctional Institution in Jesup, Georgia, has filed with this Court a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. The Clerk is DIRECTED to serve the United States Attorney with this Order and a copy of the petition, if he has not already done so. Rule 3(b), Rules Governing Proceedings in the United States District Courts under § 2255.

The Court directs respondent to file an answer or response within thirty days from the date of this Order. Rule 4(b). The movant is directed to furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED** this  4th  day of October, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA